TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-94-00764-CR







Edwin Deshawn Gordon, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT


NO. 0931151, HONORABLE MICHAEL LYNCH, JUDGE PRESIDING







PER CURIAM



 This is an appeal from an order revoking probation. The underlying offense is
possession of a controlled substance, namely: cocaine. Appellant has filed an amended motion
to withdraw the appeal. No decision of this Court has been delivered. The motion is granted and
the appeal is dismissed. The original motion to withdraw the appeal is dismissed. See Tex. R.
App. P. 59(b).




Before Justices Powers, Kidd and B. A. Smith


Appeal Dismissed on Appellant's Amended Motion


Filed: May 24, 1995


Do Not Publish